**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF VIRGINIA**
**Norfolk Division**

UNITED STATES OF AMERICA,

v.   CRIMINAL ACTION NO. 2:03cr144

JEFFREY TYSON TOLBERT,

    Defendant.

**REPORT AND RECOMMENDATION**
**CONCERNING PLEA OF GUILTY**

    The Defendant, by consent, has appeared before me pursuant to Federal Rule of Criminal Procedure 11, and referral from a United States District Judge, and has entered a plea of guilty to Count 1 of the indictment.  After cautioning and examining the Defendant under oath concerning each of the subjects mentioned in Rule 11, I determined that the guilty pleas were knowledgeable and voluntary, and that the offenses charged are supported by an independent basis in fact establishing each of the essential elements of such offenses.  I therefore recommend that the pleas of guilty be accepted and that the Defendant be adjudged guilty and have sentence imposed accordingly.

    Failure to file written objections to this Report and Recommendation within ten (10) days from the date of its service shall bar an aggrieved party from attacking such Report and Recommendation before the assigned United States District Judge.

28 U.S.C. § 636(b)(1)(B).

ENTERED this 18th day of October, 2005.

                                                                  /s/
                                          F. Bradford Stillman
                                          United States Magistrate Judge

Case 2:03-cr-00144-MSD-FBS   Document 14   Filed 10/18/05   Page 2 of 3 PageID# 2

<u>Clerk's Mailing Certificate</u>

A copy of the foregoing Report was mailed this date to each of the following:

>Larry W. Shelton, Esquire
>Assistant Federal Public Defender
>Office of the Federal Public Defender
>150 Boush Street, Suite 403
>Norfolk, Virginia 23510
>
>Laura P. Tayman, Esquire
>Assistant United States Attorney
>8000 World Trade Center
>101 West Main Street
>Norfolk, Virginia 23510

Elizabeth H. Paret, Clerk

By_____
          Deputy Clerk

_____, 2005